*Genpact Services LLC*

PO BOX 1969
SOUTHGATE, MI 48195-0969
Telephone: 1-866-259-9655

04/12/2017
**Account Information**

NATALIYA PINYUK
332 92ND ST APT A4
BROOKLYN NY 11209 6311

Creditor: Synchrony Bank
Reference: TJX Rewards® Credit Card Account
Creditor Account No.: xxxxxxxxxxxx2719
Account Balance: $624.83

Dear Nataliya,

We are contacting you regarding the TJX Rewards® Credit Card Account referenced above.
The current balance on your TJX Rewards® Credit Card Account as of 04/11/2017, including interest and fees, is $624.83
As discussed in our recent telephone conversation on 04/11/2017 regarding the referenced account, if Synchrony Bank receives the payments set forth below by the indicated dates, the referenced account will be considered settled for less than the full balance.

| Amount | Due Date |
|---|---|
| $125.00 | 04/18/17 |
| $125.00 | 05/18/17 |
| $124.90 | 06/18/17 |

If Synchrony Bank fails to receive the above payments by the indicated dates, the account will not be settled pursuant to this arrangement.

Subject to certain exceptions, Synchrony Bank is required under section 6050P of the Internal Revenue Code, and the regulations thereunder to issue a Form 1099-C for any discharge of debt of $600 or more. For these purposes, any portion of a debt that is canceled or forgiven is considered discharged. Under these rules, a discharge of debt must be reported regardless of whether the debtor is subject to tax on the discharged debt. Whether reported to you on Form 1099-C or not, amounts discharged may need to be included in your income. Please contact your tax adviser concerning the particular U.S. Federal income tax consequences to you.

If you have any questions regarding this agreement, please contact Synchrony Bank at the number on your most recent billing statement.
Sincerely,
Genpact Services LLC
Teddy Rogers

This communication is from a debt collector. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.
By sending us a check or giving us your checking account information for payment, you authorize us to collect funds electronically, in which case your check may not be returned to you. We may also arrange for a direct debit from your checking account.

**NOTICE OF IMPORTANT RIGHTS**
The State of New York requires that this office advise you that:
If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:
1. Supplemental security income, (SSI);     2. Social security;
3. Public assistance (welfare);     4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;     6. Disability benefits;
7. Workers' compensation benefits;     8. Public or private pensions;
9. Veterans' benefits;     10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

New York City Department of Consumer Affairs License Number: #1193653

---

DETACH PAYMENT COUPON AND MAIL IN RETURN ENVELOPE PROVIDED TO ENSURE PROPER CREDIT TO YOUR ACCOUNT

Please select form of payment:                                                                                              GEN001_NY
❏ Personal Check   ❏ Cashier's Check   ❏ Money Order
Balance Due: 624.83

**Account Information**
Creditor: Synchrony Bank
*Reference: TJX Rewards® Credit Card Account*
Account: XXXXXXXXXXXX2719
Reference: GP111616000170

Amount Paid: $_____.____
You can also pay online at: www.tjxrewards.com

Check here if your address or phone number has changed
& provide the new information below ❏
Address _____
City _____
State _____ Zip _____
Tel Home _____
Tel Work _____
Cell Phone _____

Make Payment To:

Synchrony Bank/TJX Rewards Credit Card
PO Box 530948
Atlanta, GA 30353-0948