UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

NATALIYA PINYUK on behalf of herself and
all other similarly situated consumers

                       Plaintiff,

    -against-

GENPACT SERVICES LLC

                       Defendant.
_____

**SUMMONS IN A CIVIL ACTION**

TO:    GENPACT SERVICES LLC
         1155 AVENUE OF THE AMERICAS, 4TH FLOOR
         NEW YORK, NEW YORK 10036

         GENPACT SERVICES LLC
         C/O NATIONAL CORPORATE RESEARCH, LTD.
         10 EAST 40TH STREET, 10TH FLOOR
         NEW YORK, NEW YORK 10016

         **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

         MAXIM MAXIMOV, ESQ.
         MAXIM MAXIMOV, LLP
         1701 AVENUE P
         BROOKLYN, NEW YORK 11229

an answer to the complaint which is herewith served upon you, with **21** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____      _____
CLERK                                                               DATE

_____
BY DEPUTY CLERK